U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAY 17  AM 10: 05

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| SHELA M. LINTON,<br>    Plaintiff,<br><br>        v.<br><br>JACOB P. ZORN,<br>    Defendant. | )<br>)<br>)<br>)  Civil No. 5:18-cv-5<br>)<br>)<br>) |

### ORDER

The Parties have filed a Stipulated Motion to Extend Deadlines to File Opposition and Reply Briefs to Defendant's Motion for Summary Judgement. Based on the representations set forth in that Motion, it is Ordered that:

1. Plaintiff shall have until on or before June 3, 2022, to file her opposition memorandum to Defendant's motion for summary judgment.

2. Defendant shall have until on or before July 1, 2022, to file his reply memorandum in further support of Defendant's motion for summary judgment.

DATED at Burlington, in the District of Vermont this 17th day of May 2022.

_____
Chief Judge, U.S. District Court