UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

SHELA M. LINTON,

               Plaintiff,

    v.

JACOB P. ZORN,

               Defendant.

Civil Case No. 5:18-cv-5

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Notice is hereby given that Plaintiff Shela M. Linton hereby appeals to the United States Court of Appeals for the Second Circuit from the Order issued October 19, 2022 and Judgment of the District Court for the District of Vermont, entered in this case on October 20, 2022.

DATED at Burlington, Vermont this 16th day of November, 2022.

LANGROCK SPERRY & WOOL, LLP

Eliza van Lennep
PO Box 721
210 College Street
Burlington, VT 05402-0721
evanlennep@langrock.com
(802) 864-0217

Attorneys for Plaintiff Shela M. Linton

1575588.1