U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 OCT 21 A 11: 25

CLERK
BY ___ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| SHELA M. LINTON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 5:18-cv-5 |
| JACOB P. ZORN, | ) | |
| Defendant. | ) | |

**ORDER CONCERNING COSTS**

This court entered final judgment on October 20, 2022. (Doc. 82.) Following an appeal to the U.S. Court of Appeals for the Second Circuit and review by the U.S. Supreme Court, the mandate returned to this court on June 2, 2026. (Doc. 96.) The original judgment order made no provision for costs to the prevailing defendants.

Subject to the guidance of *Moore v. County of Delaware*, 586 F.3d 219 (2d Cir. 2009) (per curiam), the court allows Defendant 15 days to file a bill of costs, if he chooses to do so. Alternatively, Defendant may file a statement indicating that he does not seek to an award of costs or any further relief. The court will enter an order to close the case.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 21st day of October, 2026.

Geoffrey W. Crawford, Judge
United States District Court